### 38735. WHIDBY v. FEAGINS.

NICHOLS, Judge. The decision in this case is controlled adversely to the contentions of the plaintiff in error by the decision in the case of *Braziel v. Hunter*, ante.

*Judgment affirmed. All the Judges concur.*

FELTON, C. J., and BELL, HALL and EBERHARDT, JJ., concurring specially. We concur in the judgment in this case for the sole reason that we are bound by the ruling in the *Braziel* case.

858

DECIDED APRIL 10, 1961—REHEARING DENIED JUNE 15, 1961.

*Joseph E. Cheeley, Smith, Swift, Currie, McGhee & Hancock, James B. Hiers, Jr.,* for plaintiff in error.

*Merritt & Pruitt, Glyndon C. Pruitt,* contra.